SEDGWICK, DETERT, MORAN & ARNOLD LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
Telephone: (212) 422-0202
Facsimile: (212) 422-0925
Attorneys for Defendants
ACE AMERICAN INSURANCE COMPANY
and ACE USA, a Non-Justiciable Party

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAIN STREET TITLE & SETTLEMENT SERVICES, LLC, <br><br> Plaintiff, <br><br> -against- <br><br> ACE AMERICAN INSURANCE COMPANY, ACE USA (Improperly Pled), JOHN & JANE DOES 1-100; and XYZ CORPS. 1-100, XYZ LLCS. 1-100. <br><br> Defendants | Civil Action Number: 2:10-cv-06410-JLL-CCC <br><br> ~~PROPOSED~~ ORDER GRANTING PRO HAC VICE APPLICATION OF JOSEPH K. POWERS |

THIS MATTER having been opened to the Court upon the motion of Daniel Pickett, Esq. of Sedgwick, Detert, Moran and Arnold, attorneys for Defendant ACE American Insurance Company ("ACE American") and ACE USA, a Non-Justiciable Party, upon application for an order granting the pro hac vice admission of Joseph K. Powers, Esq., pursuant to Local Civ. R. 101.1 and the Court having considered the Declarations in support of the application which reflect that counsel satisfies the requirements set forth in Local Civ. R. 101.1(c)(1) and the Court being advised that the plaintiff consents to this application and for good cause shown:

IT IS on this 18th day of January, 2011,

ORDERED that the application of Joseph K. Powers, Esq. for admission pro hac vice is hereby granted; and

1

IT IS FURTHER ORDERED that counsel shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any court he his admitted to practice; and

IT IS FURTHER ORDERED that counsel is deemed to consent to the appointment of the Clerk of Court as the agent upon whom service of process may be made for all actions against counsel that may arise from counsel's participation in this matter; and

IT IS FURTHER ORDERED that the movant shall (1) be attorney of record in this case in accordance with Local Civ. R. 101.1(c); (2) be served all papers in this action and such service shall be deemed sufficient service upon counsel; (3) sign (or arrange for a member of the firm admitted to practice in New Jersey to sign) all pleadings, briefs and other papers submitted to this Court; and (4) be responsible for the conduct of the cause and counsel in this matter; and

IT IS FURTHER ORDERED that counsel shall make payments to the New Jersey Lawyer's Fund for Client Protection, pursuant to N.J. Court Rule 1:28-2 in accordance with Local Civil Rule 101.1(c)(2) for each year in which counsel represents the client in this matter; and

IT IS FURTHER ORDERED that counsel shall pay an admission fee to the Clerk of the United States District Court for the District of New Jersey in accordance with Local Civil Rule 101.1(c) (3).

*s/Claire C. Cecchi*
Hon. Claire C. Cecchi, U.S.M.J.