# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**CLOSED**

| | |
|---|---|
| MAIN STREET TITLE & SETTLEMENT SERVICES, LLC,<br><br>    Plaintiff(s),<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY, et al,<br><br>    Defendant(s). | Civil Action No.: 10-6410 (JLL)<br><br><br>**O R D E R** |

It appearing that it has been reported to the Court that the above captioned matter has been settled:

**It is on this 29TH day of MARCH, 2011;**

**ORDERED**, that this action be and hereby is dismissed without costs and without prejudice to the right, upon good cause shown within **60** days, to reopen the action if the settlement is not consummated.

_____
JOSE L. LINARES, U.S.D.J.